IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
|  | BEFORE: JON T. HUSEBY |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. |  |
|  | Case No: 22-mj-822 JTH |
| Daniel Arthur Olson, | Date: September 30, 2022 |
|  | Courthouse: Minneapolis |
| Defendant. | Courtroom: 8E |
|  | Time Commenced: 1:36 p.m. |
|  | Time Concluded: 1:40 p.m. |
|  | Time in Court: 4 minutes |

APPEARANCES:

   Plaintiff: Alexander Chiquoine, Assistant U.S. Attorney
   Defendant: Eric Olson
        X Retained

   X Advised of Rights

on   X Indictment
X Date charges or violation filed: 9/22/2022
X Current Offense: distribution of child pornography
X **Charges from other District:** Northern District of Mississippi
X Title and Code of underlying offense from other District: 18:2251(a)
X Case no: 3:22cr118

X Government moves for detention.
Motion is X granted, temporary detention ordered.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is October 4, 2022 at 2:00 p.m. before U.S. Magistrate Judge Elizabeth Cowan Wright, CR 3C STP for:
X Detention hrg  X Removal hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                    s/ jam
                                                      Signature of Courtroom Deputy